Joseph S. Kistler, Esq. (3458)
Jacob A. Reynolds, Esq. (10199)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email: jkistler@hutchlegal.com
Email: jreynolds@hutchlegal.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFFINITY GAMING, LLC, a Nevada limited liability company; HGI-LAKESIDE, LLC, a Nevada limited liability company; HGI-ST. JO, LLC, a Nevada limited liability company; and HGI-MARK TWAIN, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INSURCORP, a Nevada corporation; THE LOOMIS COMPANY, a Pennsylvania corporation; LOOMIS BENEFITS, INC., a Nevada corporation; AIG LIFE INSURANCE COMPANY, a Delaware corporation; DOES I through X; and ROE CORPORATIONS A through Z,<br><br>Defendants. | CASE NO.: 3:10-cv-00231-RCJ-RAM<br><br>Bankruptcy Case No.: BK-N-09-50746-gwz   (Chapter 11)<br><br>Adversary Case No.: 09-5041-gwz<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE** |

Plaintiffs, Defendants, Cross-Claimant and Cross-Defendants, all appearing by and through their counsel of record, do hereby stipulate and agree that the case, and all clams and cross-claims contained therein, should be dismissed with prejudice, with each party to bear its own fees and costs.

//

//

1   There is no trial date scheduled in this matter; the dates for hearing any pending motions
2   should be vacated.

3   DATED this 11th day of July, 2011.               DATED this 11th day of July, 2011.

4   HUTCHISON & STEFFEN, LLC                         LIPSON, NEILSON, COLE, SELTZER &
                                                     GARIN, P.C.

6   /s/ Joseph S. Kistler                            /s/ Joseph Garin
7   Joseph S. Kistler, Esq.(3485)                    Joseph Garin, Esq.
    Jacob A. Reynolds, Esq. (10199)                  9580 W. Sahara Ave., Ste. 120
8   Peccole Professional Park                        Las Vegas, NV 89117
    10080 West Alta Drive, Suite 200
9   Las Vegas, NV 89145
                                                     Attorneys for *Defendant /Cross-Claimant
10  Attorneys for *Plaintiffs*                       Insurcorp*

12  DATED this 11 day of July, 2011.                 DATED this 8th day of July, 2011.

13  DUANE MORRIS                                     KRAVITZ, SCHNITZER, SLOANE &
                                                     JOHNSON, CHTD.

15  /s/ Dominica C. Anderson                         /s/ Martin J. Kravitz
    Dominica Anderson, Esq.                          Martin J. Kravitz, Esq.
16  Ryan Loosvelt, Esq.                              8985 S. Eastern Ave., Ste. 200
    100 City Parkway, Ste. 1560                      Las Vegas, NV 89123
    Las Vegas, NV 89106
17
                                                     Attorneys for *Defendants /Cross-Defendants,
18  Attorneys for *Defendant, AIG Life Insurance     The Loomis Company and Loomis Benefits,
    Company*                                         Inc.*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Dated this ___ day of July, 2011

DATED: This 1st day of August, 2011

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Joseph S. Kistler, Esq. (3485)
Jacob A. Reynolds, Esq. (10199)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Attorneys for *Plaintiffs*

- 3 -